USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:   Nov. 10, 2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **James Murphy**, *for himself and on behalf of all other persons similarly situated,* | |
| **Plaintiff,** | 1:21-cv-8254-ALC |
| **v.** | <u>**ORDER OF**</u><br><u>**DISCONTINUANCE**</u> |
| **Blumarts, Inc.,** | |
| **Defendant.** | |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, *see* ECF No. 6, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar, if the application to restore the action is made within 30 (thirty) days.

**SO ORDERED.**

**Dated:**   Nov. 10, 2021
New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**